UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| GENERAL PRODUCE LLC | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 1:18-cv-00246-HSM-SKL |
| FARM FRESH FRUITS AND VEGETABLES, LLC, and JAMES M. BROWN a/k/a MICHAEL BROWN, | ) | |
| *Defendants*. | ) | |

## **ORDER and NOTICE**

Plaintiff General Produce LLC, a wholesale produce seller, filed this action against Defendants Farm Fresh Fruits and Vegetables, LLC and James M. Brown pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. §§ 499a–499s. Currently before the Court is Plaintiff's motion for default judgment against Farm Fresh and Mr. Brown [Doc. 24], which has been referred to the undersigned pursuant to 28 U.S.C. § 636(b) [Doc. 25]. An evidentiary hearing on the motion will be held at on **Wednesday, April 3, 2019, at 2 p.m. Eastern, at the United States District Court, 900 Georgia Avenue, 4th Floor Courtroom, Chattanooga, Tennessee**. Plaintiff should be prepared to put on evidence concerning its alleged damages, including the reasonableness of its attorney's fees request. *See* Fed. R. Civ. P. 55(b)(2).

The Court notes no counsel has entered an appearance on behalf of Farm Fresh. Mr. Brown is advised he may not represent a company or appear on its behalf if he is not a licensed attorney.[1] *See Wimberly v. Embridge*, 93 F. App'x 22, 22 (6th Cir. 2004) (citing *Doherty v. Am. Motors*

---

[1] Mr. Brown previously sent a letter to the Court which mentions "Defendants" [Doc. 21].

*Corp.*, 728 F.2d 334, 340 (6th Cir. 1984); *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir. 1970)). He may, however, appear and act is a *pro se* capacity concerning his own interests.

The Clerk is **DIRECTED** to send Mr. Brown a copy of this Order at his last known address as listed on the envelope that accompanies his February 12, 2019, letter [Doc. 21-1].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE
